UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson , <br>     Plaintiff, <br> v. <br> Wen Zhi Deng, et al., <br>     Defendant. | Case No. 2:15-cv-02698-KJM-EFB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $12,000 is hereby ENTERED against defendant:

Rai Rocklin Investments, LLC

March 30, 2018                        MARIANNE MATHERLY, CLERK

                                                               By: /s/ K. Zignago, Deputy Clerk