UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**Wen Zhi Deng, et al**.<br><br>　　　　Defendants. | Case: 2:15-cv-02698-KJM-EFB<br><br>[PROPOSED] **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Mrs. Raj Rai, Managing Partner Rai Rockling Investments LLC, scheduled for May 17, 2023 is vacated.

Dated: May 10, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order to Vacate Judgment Debtor Exam